# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

**FILED**

MAR 23 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ *RC* _____ DEP CLK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 7:26-mj-1097-RJ |
| James Osborne | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   11/5/2024, 11/4/2025 & 2/25/2026   in the county of   Brunswick and New Hanover   in the

_____ Eastern _____ District of _____ North Carolina _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 52 U.S.C. Sec. 20511(2)(A) | False Statements on Voter Registration |
| 52 U.S.C. Sec. 20511(2)(B) | False Statements on Voter Ballot |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Julia Hanish.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Julia Hanish
*Printed name and title*

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this affidavit this __23__ day of __March__ , 2026.

Date: **March 23 2026**

_____
*Judge's signature*

City and state:  _____ Wilmington, North Carolina _____      Robert B. Jones, Jr., U.S. Magistrate Judge
*Printed name and title*

MRP

I, Federal Bureau of Investigation Special Agent, Julia Hanish, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant, arrest warrant, or other appropriate criminal and investigative process. I am a Special Agent with the Federal Bureau of Investigation (FBI) who is currently assigned to the Charlotte Field Office, Raleigh Resident Agency. I have been so employed since April 2004. I am a member of the FBI's white-collar squad where my current duties involve investigating various violations of laws of the United States, collecting evidence in cases which the United States is or may be a party of interest, and performing other duties imposed by law. More specifically, I investigate fraud schemes, health care fraud, securities fraud, and conspiracies to commit those crimes. I have a Master of Business Administration and a Bachelor of Science in Accounting and Finance. I am a Certified Public Accountant with an inactive license in Nebraska. I have extensive experience conducting federal investigations involving election crimes, complex financial crimes, theft of government property, wire fraud, and money laundering. As part of my investigative duties, I have applied for and/or executed arrest warrants and numerous search warrants, including search warrants

MRP

to search physical locations, devices, and accounts maintained by Internet service providers.

2. I make this affidavit in support of an application for an arrest warrant for JAMES OSBORNE.

3. The information contained in this affidavit is based upon my personal knowledge and observation, my training and experience, communications with other law enforcement officers and witnesses, and the review of documents and records. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, I respectfully assert that there is probable cause to believe that JAMES OSBORNE (OSBORNE) committed, among other numerous offenses, False Statements on Voter Registration or Ballot, in violation of Title 52, United States Code, Section 20511(2)(A), and Title 52, United States Code, Section 20511(2)(B).

## PROBABLE CAUSE

5. On April 8, 2021, the United States District Court for the Eastern District of Virginia, Norfolk Division, entered a judgment of guilty against OSBORNE under Case Number 2:20cr00071-001, Document Number 36, filed on April 9, 2021, for violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2), Possession of Child Pornography, a Felony. OSBORNE was sentenced to 36 months imprisonment in the United States

2

Bureau of Prisons, and 15 years of supervised release upon release from imprisonment, among other terms being imposed.

6. Federal supervised release of OSBORNE was transferred from the United States District Court for the Eastern District of Virginia, Norfolk Division, to the United States District Court for the Eastern District of North Carolina, by way of an Order Transferring Jurisdiction dated December 12, 2023 and filed on December 18, 2023 under Case Number 7:23-cr-00134-M in the United States District Court for the Eastern District of North Carolina, Document Number 1. The Order Transferring Jurisdiction references OSBORNE's "Dates of Probation / Supervised Release" being from January 26, 2023 and continuing through January 25, 2038.

7. On October 1, 2024 the United States District Court for the Eastern District of North Carolina considered and entered an Order on "Petition for Action on Supervised Release" made by a Senior United States Probation Officer, Case Number 7:23-cr-00134-M, Document Number 3. Therein, reference is made to OSBORNE testing positive for illegal substances while on supervised release, which was initially denied by OSBORNE, but eventually admitted to by OSBORNE. Reference is also made to OSBORNE signing a Waiver of Hearing and agreeing to a proposed modification of supervised release to include a curfew of 60 days with electronic monitoring.

8. On May 28, 2025, the United States District Court for the Eastern District of North Carolina considered and entered an Order on "Petition for Action on

MRP

Supervised Release" made by a Senior United States Probation Officer, Case Number 7:23-cr-00134-M, Document Number 4. Therein, reference is made to violation reports related to OSBORNE while on supervised release, OSBORNE testing positive for certain illegal substances on April 17, 2025 while on supervised release, and OSBORNE denying the use of illegal substances despite testing positive for same. Reference is also made to OSBORNE signing a waiver of hearing and agreeing to a proposed modification of supervised release to include a curfew of 60 days with electronic monitoring.

9. OSBORNE has remained on federal supervised release in the United States District Court for Eastern District of North Carolina from January 26, 2023 and continuing through the present date.

10. Despite being on federal supervised release for violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2), Possession of Child Pornography, OSBORNE registered to vote in federal elections and voted in federal elections, on dates that include November 5, 2024, November 4, 2025, and February 25, 2026.

## OSBORNE CAST A FALSE OR FRAUDULENT BALLOT ON NOVEMBER 5, 2024

11. On or about November 5, 2024, OSBORNE was ineligible to cast a ballot under the laws of the State of North Carolina because OSBORNE was serving a federal sentence of a term of supervised release beginning January 26, 2023 and continuing through January 25, 2038.

MRP

12.    On November 5, 2024, OSBORNE executed and submitted an "Authorization to Vote Form" in the County of Brunswick, in the Eastern District of North Carolina.  Thereon, OSBORNE certified that "I have not been convicted of a felony, or if so, I have completed my sentence (including any probation, post-release supervision, or parole)."  The certification made by OSBORNE was false or fraudulent in that OSBORNE was serving a federal sentence on November 5, 2024, with his term of supervised release beginning from January 26, 2023 and continuing through January 25, 2038.  Following the false or fraudulent statement made by OSBORNE, a materially false or fraudulent ballot was cast by OSBORNE on November 5, 2024, in the November 5, 2024 federal presidential election.  OSBORNE, who is required to register as a sex offender pursuant to his special conditions of supervision for violation of U.S.C. § 2252(a)(4)(B) and (b)(2), Possession of Child Pornography, cast his false or fraudulent ballot at an elementary school voting site known as NB07, Belville Elementary School, 575 River Road, SE, Leland, North Carolina.  As a result, OSBORNE knowingly and willfully deprived, defrauded, or attempted to deprive or defraud the residents of the State of North Carolina of a fair and impartially conducted election process by casting a ballot that was known by OSBORNE to be materially false, fictitious, or fraudulent under the laws of the State of North Carolina, in violation of 52 U.S.C. § 20511(2)(B).

*[Continued on next page]*

5

MRP

**OSBORNE SUBMITTED A FALSE OR FRAUDULENT VOTER REGISTRATION APPLICATION ON NOVEMBER 4, 2025**

13. On or about November 4, 2025, OSBORNE was ineligible to submit a voter registration application under the laws of the State of North Carolina because OSBORNE was serving a federal sentence of a term of supervised release beginning January 26, 2023 and continuing through January 25, 2038.

14. On November 4, 2025, OSBORNE executed and submitted a "Provisional Voting Application – New Hanover County," which contained a "Voter Registration/Update Form," in New Hanover County, in the Eastern District of North Carolina. Thereon, OSBORNE attested under penalty of perjury that "I am not currently serving a felony sentence (including any probation, post-release supervision, or parole)." The attestation, made under penalty of perjury by OSBORNE, was false or fraudulent in that OSBORNE was serving a federal sentence on November 4, 2025, with his term of supervised release beginning from January 26, 2023 and continuing through January 25, 2038. The false or fraudulent voter registration application executed and submitted by OSBORNE registered OSBORNE to vote in the March 3, 2026 federal primary election in New Hanover County, in the Eastern District of North Carolina. As a result, OSBORNE knowingly and willfully deprived, defrauded, or attempted to deprive or defraud the residents of the State of North Carolina of a fair and impartially conducted election process by submitting a voter registration application that was known by OSBORNE to be false, fictitious, or

6

MRP

fraudulent under the laws of the State of North Carolina, in violation of 52 U.S.C. § 20511(2)(A).

## OSBORNE CAST A FALSE OR FRAUDULENT BALLOT ON FEBRUARY 25, 2026

15. On or about February 25, 2026, OSBORNE was ineligible to cast a ballot under the laws of the State of North Carolina because OSBORNE was serving a federal sentence of a term of supervised release beginning January 26, 2023 and continuing through January 25, 2038.

16. On February 25, 2026, OSBORNE executed and submitted an "Early Voting Application" in the County of New Hanover, in the Eastern District of North Carolina. Thereon, OSBORNE certified that "I have not been convicted of a felony, or if so, I have completed my sentence (including any probation, post-release supervision, or parole)." The certification made by OSBORNE was false or fraudulent in that OSBORNE was serving a federal sentence on February 25, 2026, with his term of supervised release beginning from January 26, 2023 and continuing through January 25, 2038. Following the false or fraudulent statement made by OSBORNE, a materially false or fraudulent ballot was cast by OSBORNE on February 25, 2026 in the March 3, 2026 federal primary election. As a result, OSBORNE knowingly and willfully deprived, defrauded, or attempted to deprive or defraud the residents of the State of North Carolina of a fair and impartially conducted election process by casting a ballot that was known by OSBORNE to be materially false, fictitious, or fraudulent under the laws of the State of North Carolina, in violation of 52 U.S.C. § 20511(2)(B).

7

## CONCLUSION

17.     Based upon the information provided above, there is probable cause to believe that on or about November 5, 2024, November 4, 2025, and February 25, 2026, in the Eastern District of North Carolina, JAMES OSBORNE committed, among other numerous offenses, False Statements on Voter Registration or Ballot, in violation of Title 52, United States Code, Section 20511(2)(A), and Title 52, United States Code, Section 20511(2)(B).

Respectfully submitted,

Julia Hanish, Special Agent
Federal Bureau of Investigation

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this affidavit this __23__ day of March, 2026.

United States Magistrate Judge Robert B. Jones, Jr.

8

MRP