IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:26-cr-00021-M-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES OSBORNE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | TRIAL SCHEDULING ORDER |

This case is set for a jury trial to commence **March 2, 2027 at 10:00 a.m.** before Richard E. Myers II, Chief United States District Judge, in Courtroom 1, Alton Lennon Federal Courthouse, 2 Princess Street, Wilmington, North Carolina. Trial is estimated to run for two (2) days.

The court will hold a pretrial conference on, **February 25, 2027 at 2:00 p.m.** in Courtroom 1, Wilmington. Counsel for the parties shall produce copies of their witness lists and exhibit lists at the conference, and shall be prepared to discuss disagreements, if any, concerning the parties' proposed lists, voir dire questions, jury instructions, and/or verdict form; evidentiary issues, including any motions in limine; contested issues of law; and suggestions, if any, for how to streamline the trial.

On or before February 18, 2027, counsel for each party shall file: (1) proposed voir dire questions (*see* Local Criminal Rule 24.2(b)); and (2) requests for jury instructions (*see* Local Criminal Rule 30.1), including an instruction containing the parties' stipulation(s), and (3) a proposed verdict form. Counsel shall also submit Word copies of these documents to chambers, addressed to Documents_Judge_Myers@nced.uscourts.gov.

In addition, counsel for each party shall file any motions in limine on or before February 11, 2027. Any responses shall be filed on or before February 18, 2027.

Furthermore, with respect to expert witnesses:

- No later than February 2, 2027, the parties shall make the following disclosures, if any:

  (a) the United States shall make the disclosures required by Fed. R. Crim. P. 16(a)(1)(G) with respect to testimony the United States intends to use at trial during its case-in-chief; and

  (b) if the Defendant has given notice of intent to introduce expert evidence relating to the Defendant's mental condition pursuant to Fed. R. Crim. P. 12.2(b), the Defendant shall make the disclosures required by the second bullet point in Fed. R. Crim. P. 16(b)(1)(C)(i).

- No later than February 16, 2027, the parties shall make the following disclosures, if any:

  (a) the Defendant shall make the disclosures required by the first bullet point in Fed. R. Crim. P. 16(b)(1)(C)(i); and

  (b) the United States shall make the disclosures required by Fed. R. Crim. P. 16(a)(1)(G)(i) on the issue of the Defendant's mental condition.

- No later than February 23, 2027, the United States shall make the disclosures required by Fed. R. Crim. P. 16(a)(1)(G) with respect to testimony the United States intends to use at trial during its rebuttal case.

Before trial, the parties shall familiarize themselves with the technology available in the courtroom. If a party has a need for any type of courtroom technology for a hearing or trial, including but not limited to any audio equipment, video equipment, document presentation system, and jury evidentiary recording system, the party must notify the case manager at (910) 679-2021 and request training from the court's information technology staff for the person(s) who will be operating the courtroom technology.

In accordance with this court's practice preferences and procedures, if a party desires to step away from counsel table and into the well to examine a witness or to make an opening statement or

closing argument, the party shall arrange in advance with the case manager or IT staff to wear a microphone to ensure that the party's statements are electronically recorded. **Please review this court's practice preferences and procedures (located on Chief Judge Myers' page at www.nced.uscourts.gov) for all instructions regarding trial and courtroom procedures.**

The court has determined that the ends of justice served by the time necessary to prepare for trial outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by this order shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 22d day of September, 2026.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE